# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:23-cr-00168 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| JONATHAN LLANERA-RODRIGUEZ, | ) |  |
| Defendant. | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Reuben J. Sheperd regarding the change of plea hearing of Jonathan Llanera-Rodriguez which was referred to the Magistrate Judge with the consent of the parties.

On March 23, 2023, the Government filed a three count Indictment, charging Defendant Jonathan Llanera-Rodriguez with Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, in violation of Title 21 U.S.C. § 846.  Defendant Jonathan Llanera-Rodriguez was arraigned on August 3, 2023, during which Jonathan Llanera-Rodriguez entered a plea of not guilty to the charges. On April 18, 2024 Magistrate Judge Reuben J. Sheperd received Defendant Jonathan Llanera-Rodriguez's plea of guilty to Count one of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judges R&R is adopted. Defendant Jonathan Llanera-Rodriguez is found to be competent to enter a plea and to understand his

constitutional rights.  He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant  Jonathan Llanera-Rodriguez  is adjudged guilty of Count one of the Indictment, with Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, in violation of Title 21 U.S.C. §§ 846, and 841(a)(1) and (b)(1)(C). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on August 8, 2024, at 11:00 a.m.  in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     8/7/2024
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE